Dina KANG, Petitioner,

v.

Peter D. KEISLER,* Acting Attorney General, Respondent.

No. 04–72820.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2007 **.

Filed Nov. 1, 2007.

James W. Moore, Esq., Law Offices of James W. Moore, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Earle B. Wilson, Esq., Leslie McKay Fax, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KLEINFELD and RAWLINSON, Circuit Judges, and RESTANI,*** Judge.

*** The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

MEMORANDUM ****

Dina Kang has appealed the denial of her asylum petition.

The evidence Kang presented does not compel a finding of past persecution. Although Kang has suffered harassment and discrimination, the adversities she has suffered do not rise to the level of "persecution." [1]

The evidence also does not compel a finding of well-founded fear of future persecution. Although Kang credibly testified that she subjectively genuinely feared persecution, she must also show credible, specific evidence that support a reasonable fear of persecution. To do this, Kang could show either "a pattern or practice of persecution of people similarly situated" [2] or that she "is a member of a disfavored group coupled with a showing that she, in particular, is likely to be targeted as a member of that group." [3] Kang's evidence may support a likelihood of harassment and discrimination similar to what she suffered before, but there is no evidence to show that her fear of future "persecution" is well founded.

PETITION DENIED.

**** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. *See Fisher v. INS*, 79 F.3d 955, 961 (9th Cir.1996) (en banc).

2. *See Knezevic v. Ashcroft*, 367 F.3d 1206, 1213 (9th Cir.2004).

3. *See Sael v. Ashcroft*, 386 F.3d 922, 925 (9th Cir.2004).

